UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCO JOSE ARTETA,

                Plaintiff,

-against-

WILLIAM BARR, et al.,

                Defendants.

**ORDER TO SHOW CAUSE**

20-CV-09027 (PMH)

PHILIP M. HALPERN, United States District Judge:

        Plaintiff brings this action pursuant to 8 U.S.C. § 1421(c) seeking review of a decision of the United States Citizenship and Immigration Services which denied Plaintiff's application for naturalization. Plaintiff filed, on January 19, 2020, Affidavits of Service for all Defendants indicating that the Defendants had been served. (Doc. 21 (William Barr ("Barr")); Doc. 22 (Chad Wolf ("Wolf")); Doc. 23 (Kenneth T. Cuccinelli ("Cuccinelli")); Doc. 24 (Joseph Edlow ("Edlow")); Doc. 25 (Susan Quintana ("Quintana")). Thereafter, Plaintiff requested that the Clerk of the Court issue certificates of default for all Defendants. The Clerk of Court issued a Certificate of Default as to Barr (Doc.42), but otherwise did not issue certificates of default.

        It is hereby ORDERED that Plaintiffs show cause in writing on or before April 2, 2021 as to why the Clerk of Court should issue Certificates of Default as to Defendants Wolf, Cuccinelli, Edlow, and Quintana with specific reference to whether service of process was proper under Federal Rule of Civil Procedure 4. Failure to comply with this Order may result in dismissal of Plaintiff's claims against Defendants Wolf, Cuccinelli, Edlow, and Quintana pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED:**

Dated: White Plains, New York
March 19, 2021

_____
PHILIP M. HALPERN
United States District Judge